UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DALE ANTHONY STELLY

VERSUS

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

CIVIL ACTION

NUMBER 09-0711-SCR

**JUDGMENT**

Judgment is hereby rendered in favor of the plaintiff Dale Anthony Stelly and against Michael J. Astrue, Commissioner of Social Security. Under sentence four of 42 U.S.C. § 405(g), the final decision of the Commissioner denying the plaintiff's application for disability and supplemental security income (SSI) benefits is reversed and this matter is remanded to the Commissioner for reevaluation of the plaintiff's claim for benefits and issuance of a new decision.

Baton Rouge, Louisiana, December 27, 2010.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE